IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ETHAN CURTIS,**  **PLAINTIFF**
**ADC #659615**

v.  CASE NO. 5:15CV00206 BSM

**CLINT STANLY et al.**  **DEFENDANTS**

## ORDER

The proposed partial findings and recommendations ("PRD") submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objection has been filed. After careful consideration, the PRD are adopted in all respects.

IT IS THEREFORE ORDERED that:

1  Plaintiff Ethan Curtis's claims against defendants Briggs and Lum are dismissed with prejudice for failure to state a claim.

2  The clerk is directed to terminate Briggs and Lum as defendants immediately.

IT IS SO ORDERED this 10th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE